IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREA T. HAUGHTON**                                                                                    **PLAINTIFF**

v.                                                                                                           No. 4:23CV118-JMV

**STATE OF MISSISSIPPI, ET AL.**                                                         **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On August 3, 2023, the court entered an order requiring the plaintiff, by September 5, 2023, to complete and return several forms necessary for the expeditious administration of this case. Doc. 7. The plaintiff's acknowledgment of receipt of the order was filed on August 16, 2023. Doc. 8. The plaintiff filed a notice [9] of change of address on September 13, 2023, and the court extended the deadline for filing the forms to November 13, 2023, on the chance that the plaintiff's move disrupted his ability to submit the forms on time.

The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Doc. 7. Despite this warning, the plaintiff has failed to comply with the court's order, and the extended deadline for compliance passed on November 13, 2023. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 27th day of November, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE