**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANDREA T. HAUGHTON**                                                                                                   **PLAINTIFF**

**v.**                                                                                                                  **No. 4:23-cv-118-JMV**

**STATE OF MISSISSIPPI, et al.**                                                            **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On September 18, 2024, the court entered an order requiring the plaintiff to show cause why the instant case should not be dismissed under the Eleventh Amendment grant of immunity or, in the alternative, to provide the names of one or more defendants as to whom the case may proceed. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on October 9, 2024. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 24th day of February, 2025.

                                                                                     **__s/ Jane M. Virden_____**
                                                                                      **U.S. Magistrate Judge**